# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RONALD S. AND JUDY A. MILLS, et al., | ) Case No. 3:20-cv-01141 |
| | ) |
| | ) Hon. Jeffrey J. Helmick |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FIS 2, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Now come Attorney Gerald R. Kowalski, Sarah K. Skow, and the law firm of Spengler Nathanson P.L.L., and hereby enter their appearance as counsel of record for Defendants FIS 2, LLC, Midland Agency of Northwest Ohio, Inc., Louisville Title Agency for N.W. Ohio, Inc., ProMedica Health System, Inc., Karp and Associates, LLC, Buildtech Ltd. Construction Development, and FIS 1, LLC in the above-captioned action.

Respectfully submitted,

/s/ Gerald R. Kowalski
Gerald R. Kowalski (0022323)
Sarah K. Skow (0081468)
SPENGLER NATHANSON P.L.L.
900 Adams Street

> Phone: (419) 241-2201
> Fax: (419) 241-8599
> gkowalski@snlaw.com
> sskow@snlaw.com
>
> *Counsel for Defendants FIS 2, LLC, Midland Agency of Northwest Ohio, Inc., Louisville Title Agency for N.W. Ohio, Inc., ProMedica Health System, Inc., Karp and Associates, LLC, Buildtech Ltd. Construction Development, and FIS 1, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically this 8th day of June, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> /s/ Gerald R. Kowalski
> Gerald R. Kowalski
> *Counsel for Defendants FIS 2, LLC, Midland Agency of Northwest Ohio, Inc., Louisville Title Agency for N.W. Ohio, Inc., ProMedica Health System, Inc., Karp and Associates, LLC, Buildtech Ltd. Construction Development, and FIS 1, LLC*